FILED
United States Court of Appeals
Tenth Circuit

March 16, 2023

Christopher M. Wolpert
Clerk of Court

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

HEAL UTAH; PARKS CONSERVATION ASSOCIATION; SIERRA CLUB; UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT,

    Petitioners,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL REGAN, Administrator, United States Environmental Protection Agency,

    Respondents.

------------------------------

DESERET GENERATION & TRANSMISSION CO-OPERATIVE; PACIFICORP; STATE OF UTAH; UTAH ASSOCIATED MUNICIPAL POWER SYSTEMS; UTAH MUNICIPAL POWER AGENCY,

    Intervenors - Respondents.

No. 21-9509
(EPA No. EPA-R08-2015-0463; FRL-10003-90-Region 8)
(Environmental Protection Agency)

_____

**ORDER**
_____

Before **PHILLIPS**, **MURPHY**, and **ROSSMAN**, Circuit Judges.
_____

    The parties are hereby ordered to be prepared to discuss at oral argument whether the Federal "Good Neighbor Plan" for 2015 Ozone NAAQS (final rule adopted by EPA

on March 15, 2023) has any impact on Heal Utah's petition for review in the instant case, specifically including whether it implicates issues of justiciability.

                                                                       Entered for the Court,

                                                                       CHRISTOPHER M. WOLPERT, Clerk